UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY W. HALL,

        Plaintiff,

   v.

NELSON AIRCRAFT SALES, INC., a
North Dakota corporation,
JASON NELSON, an individual,
PIETSCH AIRCRAFT RESTORATION
AND REPAIR, INC., a North
Dakota corporation and HOLLIE
"RED" EWING, an individual and
DOES 1 through 100,,

        Defendant.

NO. CIV. S 05-2264 MCE PAN

ORDER

----oo0oo----

        The Complaint in this matter is brought on behalf of Plaintiff Gary W. Hall, a resident of Modesto, Stanislaus County, California. (Compl., ¶ 1). As a First Cause of Action, Plaintiff asserts breach of contract on the basis of an agreement entered into at Modesto, Stanislaus County, California. (Id. at ¶ 11). The jurisdiction of this court is premised on diversity

1

of citizenship pursuant to 28 U.S.C. § 1332.  Plaintiff asserts that venue is proper because he resides within the Eastern District of California and because a "substantial part of the events and/or omissions on which the claim is based occurred in this District."  Id. at ¶ 9.  As indicated above, however, Plaintiff is alleged to reside at Modesto, California and there is no indication that the circumstances underlying this lawsuit occurred outside of Stanislaus County.[1]

Stanislaus County is part of the Fresno Division of the United States Court for the Eastern District of California.  See Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), any civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore this action will be transferred to the Fresno Division of the court.

IT IS SO ORDERED.

DATED: November 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] At paragraph 28, Plaintiff alleges that the aircraft at issue in this case was delivered to Plaintiff at Oakdale, California, another city located within Stanislaus County.

2